

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LABYRINTH, INC., a Maryland corporation,<br><br>                Plaintiff,<br><br>v.<br><br>KATHRYN PICKETT, individually and d/b/a PICKETT'S CHARITY SERVICES, and ROBERT M. URICH, individually<br><br>                Defendants. | Case No.:  3:23-cv-02212-BEN-VET<br><br>**ORDER FOLLOWING DISCOVERY CONFERENCE** |

The Court held a Discovery Conference on July 12, 2024 to address Plaintiff's request for monetary sanctions against Defendant Kathryn Pickett ("Defendant"). Plaintiff seeks costs and attorney's fees associated with Defendant's first deposition in February 2024, and costs and fees associated with deposing Defendant a second time. Plaintiff's request stems from Defendant's apparent failure to produce documents responsive to Plaintiff's requests for production prior to Defendant's first deposition, despite representations that available and responsive documents were produced. Given the incomplete production, Plaintiff seeks to depose Defendant a second time to address the newly produced documents. Defendant agrees to appear for a second deposition for the

1

purpose of addressing the newly produced documents but asks that the Court deny the request for monetary sanctions. The Court agrees that monetary sanctions are not warranted at this time. A second deposition, coupled with additional hours for questioning, provides Plaintiff with an adequate remedy. Therefore, for these and other reasons articulated on the record during the Discovery Conference, the Court **ORDERS** the following:

1.    Pursuant to Fed. R. Civ. P. 30, Defendant shall appear for a second deposition at a mutually agreeable time, date, and place. The Court reminds the parties that all fact discovery must be complete by September 7, 2024. *See* Doc. No. 25.

2.    In addition to the seven (7) hours provided by Fed. R. Civ. P. 30(d)(1), Plaintiff shall have an **<u>additional four (4) hours</u>** to depose Defendant, for a total of eleven (11) hours. Defendant's second deposition shall be limited to topics relating to those documents produced after Defendant's first deposition.

3.    Prior to her second deposition, Defendant must undertake a reasonable search for documents responsive to Plaintiff's requests for production of documents and, in accordance with Fed. R. Civ. P. 26(e), shall promptly supplement her written responses and document production as necessary to ensure both are complete and correct.

4.    The Court **DENIES** Plaintiff's request for costs and fees associated with Defendant's first deposition.

5.    The Court **DENIES** without prejudice Plaintiff's request for any costs and fees to be incurred in connection with Defendant's second deposition.

**IT IS SO ORDERED.**

Dated:  July 16, 2024

Honorable Valerie E. Torres
United States Magistrate Judge

2

3:23-cv-02212-BEN-VET