# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LABYRINTH, INC., a Maryland corporation,<br><br>                          Plaintiff,<br><br>v.<br><br>KATHRYN PICKETT, individually and d/b/a PICKETT'S CHARITY SERVICES, and ROBERT M. URICH, individually<br><br>                          Defendants. | Case No.:  3:23-cv-02212-WQH-VET<br><br>**ORDER FOLLOWING SEPTEMBER 5, 2024 DISCOVERY CONFERENCE** |

The Court held a Discovery Conference on September 5, 2024 to address Plaintiff's request to depose Defendant Kathryn Pickett ("Defendant") for a third time. Plaintiff also seeks costs associated with the multiple depositions. Plaintiff's requests stem from Defendant's failure to timely supplement her discovery responses prior to her second deposition. Despite the Court's July 16, 2024 Order that Defendant conduct a reasonable search for responsive documents prior to her second deposition and supplement her discovery responses as necessary, Defendant failed to do so. *See* Doc. No. 30. Instead, following her second deposition, Defendant produced new documents that the parties agree are relevant to the claims at issue. During the Discovery Conference, the Court reviewed at least one newly produced document and agrees that additional questioning regarding the new production is appropriate. Based on that review, and for the reasons articulated on the record during the Discovery Conference, the Court **ORDERS** the following:

1. Pursuant to Fed. R. Civ. P. 30, Defendant shall appear for a third deposition at a mutually agreeable time, date, and place. The Court hereby continues the fact discovery cutoff for the limited purpose of deposing Defendant a third time. In accordance with the Court's Scheduling Order, fact discovery closed on September 7, 2024 for all other purposes and all other case management dates and deadlines remain the same. *See* Doc. No. 25.

2. In addition to the seven (7) hours provided by Fed. R. Civ. P. 30(d)(1), the Court previously authorized Plaintiff to depose Defendant an additional four (4) hours, for a total of eleven (11) hours. *See* Doc. No. 30 at 2. Plaintiff represents that additional time is not required for the third deposition. Accordingly, Plaintiff shall complete the third deposition within the time already allotted. Defendant's third deposition shall be limited to topics relating to those documents produced after Defendant's second deposition.

3. Prior to her third deposition, Defendant must undertake a reasonable search for documents responsive to Plaintiff's requests for production of documents and, in accordance with Fed. R. Civ. P. 26(e), shall promptly supplement her written responses and document production as necessary to ensure both are complete and correct. In

searching for documents, defense counsel shall ensure Defendant understands her discovery obligations under the Federal Rules of Civil Procedure.

4. The Court gives Plaintiff leave to file a motion for fees and costs associated with Defendant's third deposition. If Plaintiff elects to file such a motion, Plaintiff must first contact the undersigned's Chambers to obtain a hearing date and briefing schedule.

**IT IS SO ORDERED.**

Dated: September 9, 2024

Honorable Valerie E. Torres
United States Magistrate Judge